UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL N. LUTMAN and DEBORAH C. LUTMAN,

    Plaintiffs,

v.                                    Case No:  2:15-cv-257-FtM-38CM

HARVARD COLLECTION SERVICES, INC.,

    Defendant.

### RELATED CASE ORDER AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than **FOURTEEN (14) DAYS** from the date of this Related Case Order and Track Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form **Notice of Pendency of Other Actions**.

It is **FURTHER ORDERED** that, in accordance with M.D. Fla. Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases*.*

April 28, 2015

|  |  |
|---|---|
|     JOHN E. STEELE    <br>John E. Steele<br>United States District Court Judge |     SHERI POLSTER CHAPPELL    <br>Sheri Polster Chappell<br>United States District Court Judge |
|     DOUGLAS N. FRAZIER    <br>Douglas N. Frazier<br>United States Magistrate Judge |     CAROL MIRANDO    <br>Carol Mirando<br>United States Magistrate Judge |

Attachment:  Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL N. LUTMAN and DEBORAH C. LUTMAN,

    Plaintiffs,

v.                                    Case No:  2:15-cv-257-FtM-38CM

HARVARD COLLECTION SERVICES, INC.,

    Defendant.
_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS         related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

                      _____
                      _____
                      _____
                      _____

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:

_____              _____
[Counsel of Record or *Pro Se* Party]         [Counsel of Record or *Pro Se* Party]
    [Address and Telephone]                         [Address and Telephone]