UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL N. LUTMAN and DEBORAH C. LUTMAN,

    Plaintiffs,

v.

Case No: 2:15-cv-257-FtM-38CM

HARVARD COLLECTION SERVICES, INC.,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS  related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than FOURTEEN (14) DAYS after appearance of the party.

Dated:

_[signature]_                                           _[signature]_

[Counsel of Record or *Pro Se* Party]       [Counsel of Record or *Pro Se* Party]
[Address and Telephone]                   [Address and Telephone]

8450 Truman Street                   132 Spring Water Trace
Englewood FL 34224                 Wood Stock GA 30188
770-557-5627