**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CASE NO.:  2:15-cv-257-FtM-38cm

MICHAEL N. LUTMAN and
DEBORAH C. LUTMAN,

    Plaintiffs,

v.

HARVARD COLLECTION SERVICES, INC.,

    Defendant
_____/

**NOTICE OF ATTORNEY APPEARANCE AND EMAIL DESIGNATIONS**

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, JODI BARRETT of Wilson Elser Moskowitz Edelman & Dicker, 222 Lakeview Avenue, Suite 800, West Palm Beach, Florida, 33401, is also designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of Defendant, HARVARD COLLECTION SERVICES, INC.  Defendant hereby designates the following email addresses and requests that the parties provide copies of all documents filed with the Court by email to the following:

1. Primary Email:      Jodi.Barrett@wilsonelser.com
2. Primary Email:      Rodney.Janis@wilsonelser.com
3. Secondary Email:   Angela.Burno@wilsonelser.com

Lutman v. Harvard Collection Services, Inc.
CASE NO.:  2:15-cv-257-FtM-38cm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July 2015, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a Notice of Electronic Filing to the following: Michael N. Lutmman, and Deborah C. Lutman, Pro Se Plaintiffs, 8450 Truman Street, Englewood, FL 34224 at Leathrneck3112@gmail.com; and debbielutman@yahoo.com.

>*/s/ Jodi G. Barrett*
>Jodi G. Barrett, Esquire
>Florida Bar No. 0901156
>Wilson Elser Moskowitz Edelman & Dicker, LLP
>222 Lakeview Avenue, Suite 800
>West Palm Beach, FL 33401
>(561) 515-4000 Office
>(561) 515-4001 Fax
>*email designations:*
>Jodi.Barrett@wilsonelser.com
>Angela.Burno@wilsonelser.com

6857896v.1