UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL N. LUTMAN; AND,
DEBORAH C. LUTMAN,**

**CASE NO.:** 2:15-cv-257 FtM 38cm

Plaintiffs,

v.

**HARVARD COLLECTION SERVICES, INC.,**

Defendant.

NOTICE OF APPEARANCE BY ERIC W. KEM ON BEHALF OF PLAINTIFFS
MICHAEL N. LUTMAN; AND, DEBORAH C. LUTMAN

## TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for Plaintiffs MICHAEL N. LUTMAN; and, DEBORAH C. LUTMAN:

Eric W. Kem, Esq.
THE KEM LAW FIRM
2233 NW 41st Street, Suite 700-H
Gainesville, FL 32606
Telephone: (352) 275-7151
Facsimile: (800) 865-5184
Email: ekem@kemlawfirm.com

Dated: July 20, 2015                                                           Respectfully submitted,

                                                     **/s/ Eric W. Kem**
                                                             ERIC W. KEM
                                          Florida Bar No. 0106042
                                                     **THE KEM LAW FIRM**
                                   2233 NW 41st Street, Suite 700-H
                                               Gainesville, FL 32606
                                         Telephone: (352) 275-7151
                                          Facsimile: (800) 865-5184
                                           Attorney for Plaintiffs,
                        **MICHAEL N. LUTMAN**; and, **DEBORAH C. LUTMAN**

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on July 20, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and that the forgoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Eric W. Kem**
                                                       ERIC W. KEM
                                     Florida Bar No. 0106042
                                     **THE KEM LAW FIRM**
                          2233 NW 41st Street, Suite 700-H
                                       Gainesville, FL 32606
                                   Telephone: (352) 275-7151
                                    Facsimile: (800) 865-5184
                                     Attorney for Plaintiffs,
**MICHAEL N. LUTMAN**; and, **DEBORAH C. LUTMAN**