## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MICHAEL N. LUTMAN and
DEBORAH C. LUTMAN,

      Plaintiffs,

v.                                  Case No:  2:15-cv-257-FtM-38CM

HARVARD COLLECTION
SERVICES, INC.,

      Defendant.

_____

## ORDER

Before the Court are Plaintiffs' Unopposed Motions to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (Docs. 15, 16, 17, 18), filed on July 20, 2015 and July 21, 2015.  Upon consideration of the motions, the Court finds that attorneys Matthew M. Loker, Abbas Kazerouni, Alexander H. Lim and Joshua B. Swigart meet the requirements of Middle District Local Rule 2.02(a) and may appear *pro hac vice* of behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiffs' Unopposed Motions to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (Docs. 15, 16, 17, 18) are **GRANTED**.

2.     Attorney Matthew M. Loker is hereby admitted to appear *pro hac vice* on behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman, in this matter. Mr. Loker is affiliated with the Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626.   He is a member in good standing of the State Bar of California, the United States District Court for the Southern District of California, the United States District Court for the Central District of California, United States District Court for the Northern District of California, and the United States District Court for the Eastern District of California.   *See* Doc. 15.

3.     Attorney Abbas Kazerouni is hereby admitted to appear *pro hac vice* on behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman, in this matter. Mr. Kazerouni is affiliated with the Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626.   He is a member in good standing of the State Bars of California, Texas, Washington, and Illinois. He also is a member in good standing of the United States District Court for the Southern District of California, the United States District Court for the Central District of California, United States District Court for the Northern District of California, and the United States District Court for the Eastern District of California.   *See* Doc. 16.

4.     Attorney Alexander H. Lim is hereby admitted to appear *pro hac vice* on behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman, in this matter.   Mr. Lim is affiliated with Hyde & Swigart, 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108.   He is a member in good standing of the State Bar of California

and the United States District Court for the Southern District of California. *See* Doc. 17.

5.     Attorney Joshua B. Swigart is hereby admitted to appear *pro hac vice* on behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman, in this matter. Mr. Swigart is affiliated with Hyde & Swigart, 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108.   He is a member in good standing of the State Bar of California, the United States District Court for the Southern District of California, the United States District Court for the Central District of California, United States District Court for the Northern District of California, and the United States District Court for the Eastern District of California.   *See* Doc. 18.

6.     Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   As such, within **ten (10)** days of the date of this Order, counsel shall register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice.   If counsel has not already done so, within **fourteen (14) days** from the date of this Order, counsel shall pay the $150.00 filing fee along with the application for special admission to practice.[1]

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information.   The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

7.    Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. Fla. R. 2.02(c).

8.    Attorney Eric W. Kem of the Kem Law Firm, 2233 NW 41st Street, Suite 700-H, Gainesville, FL 32606 is a member in good standing of the Bar of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiffs, Michael N. Lutman and Deborah C. Lutman.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record