# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MICHAEL N. LUTMAN and
DEBORAH C. LUTMAN,

     Plaintiffs,                       CASE NO.:  2:15-cv-257-FtM-38cm

v.

HARVARD COLLECTION SERVICES, INC.

     Defendant.

_____/

## NOTICE OF UNAVAILABILITY

Please take notice that JODI G. BARRETT, ESQUIRE, counsel for Defendant, HARVARD COLLECTION SERVICES, INC., will be unavailable from October 1, 2015 through and including October 9, 2015 and hereby requests that no hearings, depositions, motions, discovery or other pleadings be filed during that period; and that all pending matters be abated.

The filing and service of this Notice shall constitute an application and request for a continuance, extension of time and/or for a protective order as may be required.

Dated September 16, 2015.

                       Respectfully submitted,

                       */s/ Jodi G. Barrett*
                       Jodi G. Barrett, Esquire
                       Florida Bar No. 0901156
                       Wilson Elser Moskowitz Edelman & Dicker
                       222 Lakeview Avenue, Suite 800
                       West Palm Beach, FL 33401
                       (561) 515-4000 Office
                       (561) 515-4001 Fax
                       *Jodi.Barrett@wilsonelser.com*

Lutman v. Harvard Collection Services, Inc.
CASE NO.:  2:15-cv-257-FtM-38cm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of September, 2015, I electronically

filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a

Notice of Electronic Filing to all counsel of record on the attached Service List.


*/s/ Jodi G. Barrett_____*
Jodi G. Barrett, Esquire
Florida Bar No. 0901156


## SERVICE LIST

Eric W. Kem, Esquire
The Kem Law Firm
2233 NW 41st Street, Suite 700-H
Gainesville, FL 32606
ekem@kemlawfirm.com

Matthew H. Loker, Esquire
Abbas Kazerounian, Esquire
The Kazerounian Law Group, APC
245 Fisher Avenue, Unit D-1
Costa Mesa, CA 92626
ml@kazlg.com
ak@kazlg.com

Joshua B. Swigart, Esquire
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
josh@westcoastlitigation.com


***Attorneys for Plaintiffs***

6993612v.1