UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL N. LUTMAN; AND, DEBORAH C. LUTMAN,**

**CASE NO.:** 2:15-cv-257 SPC CM

Plaintiffs,

v.

**HARVARD COLLECTION SERVICES, INC.,**

Defendant.

## JOINT STIPULATION SELECTING MEDIATOR

**PLEASE TAKE NOTICE** that the Parties have agreed to hold a Mediation Conference with Jonathan Hollingshead of the Mediation Services of Central Florida, Inc., 174 W. Comstock Ave., Ste. 106, Winter Park, FL 32789.

Dated: November 11, 2015

Respectfully submitted,

| /s/ Matthew M. Loker | /s/ Jodi Barrett |
|---|---|
| MATTHEW M. LOKER | JODI BARRETT |
| Admitted *Pro Hac Vice* | Florida Bar No.: 901156 |
| **KAZEROUNI LAW GROUP, APC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| 1303 East Grand Avenue, Suite 101 | 222 Lakeview Avenue, Suite 800 |
| Arroyo Grande, CA 93420 | West Palm Beach, FL 33401 |
| Telephone: (805) 335-8455 | Telephone: (561) 515-4000 |
| Facsimile: (800) 520-5523 | Facsimile: (561) 515-4001 |
| Attorney for Plaintiffs, | Attorney for Defendant, |
| **MICHAEL N. LUTMAN**; and, **DEBORAH C. LUTMAN** | **HARVARD COLLECTION SERVICES, INC.** |

2

## **CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that on November 11, 2015, I served the foregoing document via e-mail and U.S. mail on this day on all counsel of record.

         ***/s/* Matthew M. Loker**
MATTHEW M. LOKER
Admitted *Pro Hac Vice*
**KAZEROUNI LAW GROUP, APC**
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523
Attorney for Plaintiffs,
**MICHAEL N. LUTMAN**; and, **DEBORAH C. LUTMAN**