UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

                                                CASE NO.: 2:15-cv-257-FtM-38cm

MICHAEL N. LUTMAN and
DEBORAH C. LUTMAN,

      Plaintiffs,

v.

HARVARD COLLECTION SERVICES, INC.

      Defendant
_____/

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW, Defendant, HARVARD COLLECTION SERVICES, INC., through undersigned counsel at Wilson Elser Moskowitz Edelman & Dicker LLP, and respectfully requests that this Honorable Court enter an order substituting Kenneth L. Baker, Esquire, and Spensyr Ann Krebsbach, Esquire of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, as counsel of record for Defendant, HARVARD COLLECTION SERVICES, INC., in this case in place of Jodi G. Barrett, Esquire formerly of Wilson Elser Moskowitz Edelman & Dicker LLP, and now of Hall Booth Smith, PC.  This substitution of counsel will remove Jodi G. Barrett, Esquire from any further CM/ECF notifications in this case with respect to the representation of Defendant, HARVARD COLLECTION SERVICES, INC.

The undersigned hereby represents that the Defendant, HARVARD COLLECTION SERVICES, INC., was advised of this substitution more than 10 days prior to this filing and has

consented to continuing representation in this matter by the undersigned on behalf of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP.

The undersigned hereby represents that Jodi G. Barrett, Esquire has been advised on this substitution and has no objection to the substitution.

The undersigned further represents that Plaintiffs' counsel have been provided notice of the substitution of counsel, and Plaintiffs' counsel has no objection to the substitution.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May 2016, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record on the attached Service List.

**/s/ Spensyr Ann Krebsbach**
KENNETH L. BAKER
Florida Bar No.:  254207
kenneth.baker@wilsonelser.com
SPENSYR ANN KREBSBACH
Florida Bar No.:  85132
spensyr.krebsbach@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
Telephone:  (407) 203-7599
Facsimile:    (407) 648-1376
Attorneys for Defendant,
HARVARD COLLECTION SERVICES, INC.

**SERVICE LIST**

Eric W. Kem, Esquire
The Kem Law Firm
2233 NW 41st Street, Suite 700-H
Gainesville, FL 32606
ekem@kemlawfirm.com

Matthew H. Loker, Esquire
Abbas Kazerounian, Esquire
The Kazerounian Law Group, APC
245 Fisher Avenue, Unit D-1
Costa Mesa, CA 92626
ml@kazlg.com
ak@kazlg.com

Joshua B. Swigart, Esquire
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
josh@westcoastlitigation.com

*Attorneys for Plaintiffs*